CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 19 2017

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TARA MIA BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:16-cv-00026 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* ("R&R") of the United States Magistrate Judge recommending that I enter an Order denying the Commissioner's Motion for Summary Judgment [ECF No. 20] and remanding this case to the Commissioner for further administrative proceedings. The R&R was filed on August 9, 2017. The Commissioner filed an objection to the R&R, to which Plaintiff did not respond. I have reviewed *de novo* those portions of the Record to which Plaintiff has objected, and have reviewed the rest of the Record for clear error. For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED**. The Commissioner's Objection is **OVERRULED**, her Motion for Summary Judgment is **DENIED,** and this case is **REMANDED** to the Commissioner for further administrative proceedings.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe, and to remove this case from the Court's docket.

ENTERED this 19th day of October, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE