CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 26 2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TARA MIA BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:16-cv-00026 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

This matter is before the Court on Plaintiff Tara Mia Bradley's Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 [ECF No. 26] ("the Motion"). I referred the Motion to the Magistrate Judge for consideration, and he filed a Report and Recommendation [ECF No. 29] ("R&R"), recommending that I grant the Motion. The R&R was filed on June 8, 2018, and the parties has fourteen (14) days to file objections. None were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R shall be, and hereby is, **ADOPTED** in its entirety, and the Motion is hereby **GRANTED**. It is further **ORDERED** that Plaintiff, Tara Mia Bradley, is awarded attorneys' fees under the Equal Access to Justice Act in amount of $6,928.33, and expenses in the amount of $22.79.

These attorneys' fees and expenses will be paid directly to Plaintiff, Tara Mia Bradley, and sent to the business address of Plaintiff's counsel, Howard D. Olinsky, Esq. Full or partial remittance of the awarded attorneys' fees and expenses will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such debt(s) exists, the Government will reduce the awarded attorneys' fees and expenses in this Order to the extent necessary to satisfy such debt(s).

The clerk is instructed to forward a copy of this Order to all counsel of record.

**ENTERED** this 26th day of July, 2018.

                                              s/Jackson L. Kiser
                                              SENIOR UNITED STATES DISTRICT JUDGE